## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

DARRELL W. JOHNSON
REG. #11715-042                                                                                       PETITIONER

VS.                               2:05CV00275 JMM/JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                        RESPONDENT

### ORDER

Petitioner, who is currently incarcerated at the Federal Correctional Institute located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Docket entry #1). The Court did not order service of the Petition because Petitioner neither paid the $5.00 filing fee nor filed an Application to Proceed *In Forma Pauperis*. (Docket entry #2.)

Petitioner has now paid the filing fee (docket entry #4), and the Court will therefore order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2. Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this 14th day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE